**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Adekunle A. Onatola

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Suing all White Asians
for Charlie Kirk Murder
assasination

Ace Rothstein ctr

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

RECEIVED

APR 20

AT 8:00
CLERK U.S...

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach
        additional sheets of paper as necessary.

Plaintiff          Name                        Adekunle A. Onatola
                   Street Address              450 Packson Rd
                   County, City                Atco
                   State & Zip Code            New Jersey 08004
                   Telephone Number            1856-298-9222

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1              Name _____

                             Street Address _____

                             County, City _____

                             State & Zip Code _____


Defendant No. 2              Name _____

                             Street Address _____

                             County, City _____

                             State & Zip Code _____


Defendant No. 3              Name _____

                             Street Address _____

                             County, City _____

                             State & Zip Code _____


Defendant No. 4              Name _____

                             Street Address _____

                             County, City _____

                             State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions                ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff         ☐ U.S. Government Defendant


B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _discrimination_ _____

_____

_____

- 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? during Charlie Kirks assasination

B.     What date and approximate time did the events giving rise to your claim(s) occur? during his murder 2025

C.     Facts: Charlie Kirk was assasinated on television in front of everybody while he was wearing the same All Star Sheakers that wearing also named Converse I glanced at the person who was wearing the Sneakers and saw that they were the same style as mine while I rap he was trying to be like me and my lyrics even though my artwork is fiction. I discriminated on based on the color of my skin and my music. I'm also suing because the police think that I am a girl and I was born a male child I shouldn't have to be subjected to discrimination based on gender and I shouldn't be called gay if I'm heterosexual that isn't fair I don't want to know about their gay agenda and I don't have to have conversation with my music. I think that clothes are clothes and girls are girls and these people know who killed Charlie Kirk because they say shut up all the time.

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. lets go micheal Juckson Bram injury lost of wages dizcrimnation depression messed up body parts and all information from Chingtown Charles b wong Clinic and the health department like easy to

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 90,000,000 incarceration and they kill people on behalf of my music

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of April , 20 26 .

Signature of Plaintiff _____

Mailing Address 480 Jackson Rd

Atco NW Jersey

08004

Telephone Number 1856 - 298 - 9222

Fax Number *(if you have one)* _____

E-mail Address famnous 128 th @yahoo.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| expenses for operation of business, profession, or farm *(attach detailed t)* | $ N/A | $ N/A |
| specify): | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes  ☑ No      If yes, describe on an attached sheet.

Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes  ☑ No

If yes, how much?  $ _____

Provide any other information that will help explain why you cannot pay the costs of these proceedings.

living in a mental health facility

Identify the city and state of your legal residence.  Atco New Jersey

Your daytime phone number:  1856-298-9222

Your age: 41    Your years of schooling:  AOS two years